## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Sequoia Stewart,

Plaintiff(s),

v.

**Partnerships and Unincorporated Associations Identified on Schedule A**,

Defendant(s).

Case No. 25cv4777
Judge Jeffrey I. Cummings

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds
and against defendant(s) JMZ Construction, Inc.
in the amount of $58,712.15 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date: 7/28/2025

Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk