UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sharon Mitchell,
Plaintiff

1:25-cv-03541

V.

Judge Jeffrey I. Cummings

Kendall County, Illinois, Kendall County Sheriff's Office,
Deputy Cantwell, Deputy Donohoe, Commander J. Russo,
Dr. Roz, Sheriff Dwight A. Baird,
Defendants

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S
ORDER DISMISSING PLAINTIFFS COMPLAINT**

Plaintiff Sharon Mitchell, pursuant to Fed. R. Civ. P. 59(e) and 60, moves the Court to reconsider certain rulings in its Order, Jul 28, 2025, dismissing Plaintiffs Complaint. ECF No. 7.

The Court should reconsider its order dismissing Plaintiffs Complaint for the following reasons:

1. Plaintiff received an ECF email, dated June 25th, 2025, stating ORDER Signed by the Honorable Jeffrey I Cummings on 6/25/2025. Mailed notice(cc, ). ECF No. 7.

2. Plaintiff never received the order. Therefore, Plaintiff was unaware of its contents.

3. No harm would be done in granting Plaintiffs Motion for Reconsideration of the Court's order dismissing plaintiffs complaint.

Wherefore, Plaintiff requests the Honorable Court to grant Plaintiffs Motion for Reconsideration of the Court's order dismissing plaintiffs complaint. I will be out of the country August 17 - 24, 2025.

Respectfully Submitted,

/s/Sharon Mitchell, Plaintiff
3105 Hoffman Street
Plano, IL 60545